# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Criminal No. 07-174 (2) (JRT/JJB)

Plaintiff,

Civil No. 10-2106 (JRT)

v.

**ORDER**

DERRICK JEROME SPENCER,

Defendant.

---

Tricia Tingle, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Larry Darnell Armstrong, #13266-041, Post Office Box 33, Terre Haute, IN 647808, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 341]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by June 11, 2010.

DATED: May 21, 2010
at Minneapolis, Minnesota.

_____ s/ John R. Tunheim _____
JOHN R. TUNHEIM
United States District Judge