# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-174 (2) (JRT/JJG) |
| Plaintiff, | Civil No. 10-2106 (JRT) |
| v. | |
| DERRICK JEROME SPENCER, | **AMENDED ORDER** |
| Defendant. | |

___

Tricia Tingle, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Derrick Jerome Spencer, #14779-041, FCI-Milan, Post Office Box 1000, Milan, MI 48160, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 341]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by June 11, 2010.

DATED: May 21, 2010
at Minneapolis, Minnesota.

　　　　　　　　　　　　　　　　　　　　____ s/ John R. Tunheim _____
　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　United States District Judge