# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK JEROME SPENCER,<br><br>Defendant. | Criminal No. 07-174 (2) (JRT/JJG)<br><br><br>**ORDER DENYING MOTION** |

Jeffrey Paulsen., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Derrick Jerome Spencer, #14779-041, FMC-Milan, Post Office Box 1000, Milan, MI 48160, pro se defendant.

This matter is before the Court on defendant's motion asking the Court to order the government to respond to their motion. The Court has already issued such an order with the government's response due on June 11, 2010.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion asking the Court to order the government to answer [Docket No. 345] is **DENIED** as moot.

DATED: June 4, 2010
at Minneapolis, Minnesota.

                                                                s/ John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                  United States District Judge