**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 07-174(2) (JRT)

Plaintiff,

v. **ORDER**

DERRICK JEROME SPENCER,

Defendant.

---

LeeAnn K. Bell and William C. Mattessich, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, and Katharine T. Buzicky, **UNITED STATES ATTORNEY'S OFFICE,** 316 North Robert Street, Suite 404, Saint Paul, MN 55101 for plaintiff.

Derrick Jerome Spencer, 7510 Bristol Village Curve, Bloomington, MN 55438, *pro se* defendant

This matter is before the Court on Defendant Derrick Jerome Spencer's Motion for Early Termination of Supervised Release. The Court has reviewed the motion and consulted with U.S. Probation and Pretrial Services and the United States Attorney's Office.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Defendant's Motion for Early Termination of Supervised Release (Docket No. [572]) is **GRANTED.**

DATED: September 14, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge